## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * <br> * <br> *   MDL 2179 <br> SECTION: J(2) |
| Applies to: 12-cv-968, BELO | *   JUDGE BARBIER |
| AND | * <br> *   MAG. JUDGE WILKINSON |
| BELO Cases identified below | * |

### J U D G M E N T

In accordance with the Order signed on November 20, 2019 and entered in the

MDL 2179 master docket (No. 10-md-2179),

IT IS ORDERED, ADJUDGED, AND DECREED that the complaints of the 52

BELO plaintiffs identified below are DISMISSED WITH PREJUDICE.

| | Case No. | Plaintiff |
|---|---|---|
| 1 | 19-10709 | Danos, Danny James |
| 2 | 19-10720 | Fleming, Robert Jason |
| 3 | 19-10721 | Fore, Robert Mitchell |
| 4 | 19-10727 | McBride, Demetrius Brusean |
| 5 | 19-10733 | Morgan, Richard Scott |
| 6 | 19-10742 | Huynh, Ba Thi |
| 7 | 19-10757 | Joseph, Marshean Arkeith |
| 8 | 19-10781 | Richardson, Julian Demetric |
| 9 | 19-10795 | Tran, Phong Thanh |
| 10 | 19-10946 | Joseph, Ashley Arashieka |
| 11 | 19-10952 | Mass, Kenneth Lamar |
| 12 | 19-10954 | Nguyen, Viet Thanh |
| 13 | 19-10961 | Washington, Joseph |
| 14 | 19-10968 | Bell, Shereena Asheeba |
| 15 | 19-10971 | Glamuzina, Stanko |
| 16 | 19-10981 | Borden, Stanley John |
| 17 | 19-11001 | Furby, Jerry Wayne |
| 18 | 19-11011 | Hinton, Rocky Dale |

| 19 | 19-11012 | Ho, Minh Quang |
| 20 | 19-11018 | Huynh, Minh Huu |
| 21 | 19-11019 | Jackson, Nicholas Gregory |
| 22 | 19-11023 | Johnson, Zachary James Phelan |
| 23 | 19-11025 | Khath, Lorn |
| 24 | 19-11028 | Le, Jimmy |
| 25 | 19-11030 | Lewis, Chadwick Madison |
| 26 | 19-11034 | Luke, Jeremy Paul |
| 27 | 19-11038 | Maloy, Victoria Lynn |
| 28 | 19-11041 | Martin, Silas Richard, Jr. |
| 29 | 19-11051 | Roberts, Darrell Eugene |
| 30 | 19-11055 | Sherman, Nolan Ryan |
| 31 | 19-11069 | Tran, Toi Van |
| 32 | 19-11074 | Dang, Do Thi Vo |
| 33 | 19-11075 | Vo, Dat Van |
| 34 | 19-11085 | Nguyen, Thanh Van |
| 35 | 19-11087 | Nichols, Donnie Gordon |
| 36 | 19-11090 | Owens, Tiffany Chareese |
| 37 | 19-11091 | Parfait, Eric John |
| 38 | 19-11122 | Le, Ri Van |
| 39 | 19-11125 | Nguyen, Luu Ngoc |
| 40 | 19-11126 | Nguyen, Luu Xuan |
| 41 | 19-11128 | Nguyen, Thom Van |
| 42 | 19-11129 | Nguyen, Tuyen Bishop |
| 43 | 19-11165 | Shore, Charles Joseph, Jr. |
| 44 | 19-11188 | Carter, James Albert |
| 45 | 19-11194 | Truong, Vu Dinh |
| 46 | 19-11306 | McGee, Rosa Mildred |
| 47 | 19-11307 | Roberts, Anita Williams |
| 48 | 19-11329 | Jones, Claudette |
| 49 | 19-10790 | Lerma, Antonio Jr. |
| 50 | 19-10848 | Hayden, Michael |
| 51 | 19-11218 | Gomez, Luis |
| 52 | 19-11276 | Roten, David |

New Orleans, Louisiana, this 20th day of November, 2019.

United States District Judge

**Note to Clerk: File in each of the cases closed by this judgment.**

2